## UNITED STATES
v.
## JOHN MELDRUM

1809

### Journal Entries

1. Appearance . . . . . . . . . . . *Journal, infra,* \*p. 203
2. Discharge . . . . . . . . . . . . . " 227

### Papers in File
[None]

## IN THE MATTER OF WILLIAM SPENCER

1809

### Journal Entries

1. Discharge . . . . . . . . . . . *Journal, infra,* \*p. 203

### Papers in File
[None]